JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONIQUE MOORE, BONITA MOORE, MONETTE MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPITAL BENEFIT, INC., (A CALIFORNIA CORPORATION); TOTAL LENDER SOLUTIONS, INC, (A NEVADA CORPORATION); MARCEL BRUETSCH; WAYNE KIM,<br><br>Defendants. | CASE NO: 2:24-cv-06390 JFW (Ex)<br><br>Assigned to:<br>Hon. John F. Walter, Ctrm. 7A<br><br>**ORDER GRANTING PARTIES' STIPULATION TO REMAND CASE TO THE VENTURA COUNTY SUPERIOR COURT** |

### ORDER

The Court, having reviewed the Stipulation of the Parties hereto, by and through their counsel of record, and good cause appearing therefor, orders as follows:

**IT IS HEREBY ORDERED** that the Parties' Stipulation is GRANTED, and this court orders this case remanded to the Ventura County Superior Court.

DATED: September 4, 2024

_____
HON. JOHN F. WALTER
JUDGE OF THE DISTRICT COURT